CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 3 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| JOSEPH BOWLER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05-cv-00747 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| C/O BLANKENSHIP, <u>et</u> <u>al.</u>, | ) | **By: Hon. James C. Turk** |
| Defendants. | ) | **Senior United States District Judge** |
| | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motion for <u>in forma pauperis</u> status shall be and hereby is **DENIED,** pursuant to

28 U.S.C. §1915(g); and this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby

**DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This _13th_ day of December, 2005.

Senior United States District Judge