CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 3 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH BOWLER,<br>    Plaintiff, | )<br>)<br>)  Civil Action No. 7:05-cv-00747<br>) |
| v. | )  **FINAL ORDER**<br>) |
| C/O BLANKENSHIP, et al.,<br>    Defendants. | )  By: Hon. James C. Turk<br>)  Senior United States District Judge<br>) |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for in forma pauperis status shall be and hereby is **DENIED,** pursuant to 28 U.S.C. §1915(g); and this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 13th day of December, 2005.

/s/ James C. Turk
Senior United States District Judge